UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80205-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MITCHELL J. STEIN,

    Defendant.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Omnibus Motions to Dismiss and Strike Surplusage [DEs 24-30,32] and the Magistrate Judge's Report and Recommendation [DE 50]. After a *de novo* review of the Defendant's Motions, the Magistrate Judge's Report and Recommendation, the Defendant's Appeal and Objections to the Report and Recommendation [DE 52] and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED**. Defendant's Omnibus Motions to Dismiss and Strike Surplusage [DEs 24 through 30, and 32] are hereby **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 17th day of September, 2012.

                                            _____
                                            KENNETH A. MARRA
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel